1 | KAREN P. HEWITT
United States Attorney
2 | TOM STAHL
Assistant U.S. Attorney
3 | Chief, Civil Division
California State Bar No. 078291
4 | Office of the U.S. Attorney
880 Front Street, Room 6293
5 | San Diego, California 92101-8893
Telephone: (619) 557-7140
6 | Facsimile: (619) 557-5004
Email: Thomas.Stahl@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | ) Case No. 08cv0285-H (POR) |
|---|---|
| Plaintiff, | ) NOTICE OF DEPOSIT OF ESTIMATED |
| v. | ) JUST COMPENSATION |
| 1.90 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; PORT EVERGLADES RESTAURANT CORPORATION; AND ALL OTHER INTERESTED PARTIES, | ) |
| Defendants. | ) |

TO: All Defendants and Other Interested Parties:

NOTICE: You are hereby notified that on February 15, 2008, Plaintiff United States of America deposited estimated just compensation for taking the estate condemned in the subject property, a 180-day right of entry, commencing on the date possession is granted, in the amount of One Hundred Dollars ($100.00) with the Clerk of the Court.

DATED: February 15, 2008

KAREN P. HEWITT
United States Attorney

 /s/
TOM STAHL
Assistant U. S. Attorney
Chief, Civil Division

Attorneys for Plaintiff
Thomas.Stahl@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | Case No. 08cv0285-H (POR) |
| Plaintiff, | ) ) | CERTIFICATE OF SERVICE |
| v. | ) ) | |
| 1.90 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; PORT EVERGLADES RESTAURANT CORPORATION; AND ALL OTHER INTERESTED PARTIES, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of :

NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION (dated 02/15/08)

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

Port Everglades Restaurant Corporation
8191 East Kaiser Boulevard
Anaheim, CA 92808

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 15, 2008.

*Lori Aragon MacDonald*
Lori Aragon MacDonald