1   KAREN P. HEWITT
    United States Attorney
2   TOM STAHL
    Assistant U.S. Attorney
3   Chief, Civil Division
    California State Bar No. 078291
4   Office of the U.S. Attorney
    880 Front Street, Room 6293
5   San Diego, California 92101-8893
    Telephone: (619) 557-7140
6   Facsimile: (619) 557-5004
    Email: Thomas.Stahl@usdoj.gov
7
    Attorneys for the Plaintiff
8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11
    THE UNITED STATES OF AMERICA,        )    Case No. 08cv0285-H (POR)
12                                        )
                Plaintiff,                )    NOTICE OF CONDEMNATION
13                                        )      [Fed. R. Civ. P. 71A]
          v.                              )
14                                        )
    1.90 ACRES OF LAND, MORE OR LESS,     )
15  SITUATE IN SAN DIEGO COUNTY, STATE OF )
    CALIFORNIA; PORT EVERGLADES           )
16  RESTAURANT CORPORATION; AND ALL       )
    OTHER INTERESTED PARTIES,             )
17                                        )
                Defendants.               )
18  _____ )

19        TO: All those persons and entities listed in Schedule G, attached hereto and made a part hereof.

20        NOTICE: You are hereby notified that a Complaint in Condemnation and a Declaration of

21  Taking (under 40 U.S.C. § 3114), have been filed in the Office of the Clerk of the United States District

22  Court for the Southern District of California to condemn certain estates, described in Schedule "E"

23  attached hereto, for public uses in the property described in Schedule "C" attached hereto. The authority

24  for the taking is set forth in Schedule "A", attached hereto. The uses for which the property is to be

25  taken are set forth in Schedule "B" attached hereto.

26        If you have any objection or defense to the taking of the property in which you may have or

27  claim some interest, you are required to serve upon Plaintiff's attorney, at the address on the first page,

28  within twenty (20) days after service of this Notice upon you, exclusive of the date of service, an

Answer identifying the property in which you claim to have an interest, stating the nature and extent of the interest claimed and stating all your objections and defenses to the taking of the property.

A failure to serve an Answer shall constitute a consent to the taking and to the authority of the court to proceed to hear the action and to fix the just compensation. It shall also constitute a waiver of all defenses and objections.

If you have no objection or defense to the taking you may file with the court, and serve on the Plaintiff's attorney, a notice of appearance designating the property in which you claim to be interested and thereafter you shall receive notice of all proceedings affecting the said property.

You are further notified that at the trial of the issue of just compensation, whether or not you have answered or served a notice of appearance, you may present evidence as to the amount of compensation to be paid for the property acquired herein and you may share in the distribution of the award for compensation.

You are further notified, however, that unless you file a notice of appearance, this proceeding may proceed to pretrial or trial without further notice to you.

DATED:  February 15, 2008          KAREN P. HEWITT
                                   United States Attorney


                                     /s/
                                   TOM STAHL
                                   Assistant U. S. Attorney
                                   Chief, Civil Division

                                   Attorneys for Plaintiff

SCHEDULE "A"
AUTHORITY FOR THE TAKING

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and the Act of Congress approved October 4, 2006, as Public Law 109-295, Title II, 120 Stat. 1355, which appropriated the funds which shall be used for the taking.

SCHEDULE "B"
PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of California.

SCHEDULE "C"
LEGAL DESCRIPTION

A portion of the tract of land currently used as a right of way and identified on the attached Schedule "D", situate in Section 1, Township 18S, Range 8E, San Bernardino Principle Meridian, County of San Diego, State of California; the entire tract is also known as Assessors Parcel Number 6610500400, San Diego County, California.

Containing 1.90 acres, more or less, for the portion taken.

1

2

SCHEDULE "E"
ESTATE TAKEN

3      The estate taken is a temporary, assignable easement beginning on the

4   date possession is granted to the United States and ending 180 days later,

5   consisting of the right of the United States, its agents, contractors, and

6   assigns to enter in, on, over and across the land described in Schedule "C"

7   to survey, make borings, and conduct other investigatory work for the

8   purposes described in Schedule "B" and to access adjacent lands; including

9   the right to trim or remove any vegetative or structural obstacles that

10  interfere with said work; reserving to the landowners, their successors and

11  assigns all right, title, and privileges as may be used and enjoyed without

12  interfering with or abridging the rights hereby acquired; subject to

13  minerals and rights appurtenant thereto, and to existing easements for

14  public roads and highways, public utilities, railroads and pipelines.

15

16

17

18

19

20

21

22

23

24

25

6

1

SCHEDULE "G"
NAMES AND ADDRESSES OF PURPORTED OWNERS:

2

3

Port Everglades Restaurant Corporation
8191 East Kaiser Blvd.
Anaheim, CA 92808

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

7

1     UNITED STATES DISTRICT COURT

2     SOUTHERN DISTRICT OF CALIFORNIA

3   THE UNITED STATES OF AMERICA,              )    Case No. 08cv0285-H (POR)
                                               )
4                 Plaintiff,                   )    CERTIFICATE OF SERVICE
                                               )
5       v.                                     )
                                               )
6   1.90 ACRES OF LAND, MORE OR LESS,          )
    SITUATE IN SAN DIEGO COUNTY, STATE OF)
7   CALIFORNIA; PORT EVERGLADES               )
    RESTAURANT CORPORATION; AND ALL            )
8   OTHER INTERESTED PARTIES,                  )
                                               )
9                 Defendants.                  )
                                               )
                                            ___)

10

11  IT IS HEREBY CERTIFIED THAT:

12      I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My
    business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
13
        I am not a party to the above-entitled action. I have caused service of :
14
        NOTICE OF CONDEMNATION  [Fed. R. Civ. P. 71A] (dated 02/15/08)
15
    on the following parties by electronically filing the foregoing with the Clerk of the District Court using
16  its ECF System, which electronically notifies them.

17  n/a

18      I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service,
    to the following non-ECF participant on this case:
19
        Port Everglades Restaurant Corporation
20      8191 East Kaiser Boulevard
        Anaheim, CA 92808
21
    the last known address, at which place there is delivery service of mail from the United States Postal
22  Service.

23      I declare under penalty of perjury that the foregoing is true and correct.

24      Executed on February 15, 2008.

25

26      _____
        Lori Aragon MacDonald
27

28