# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| The United States of America | | | |
|---|---|---|---|
| | Plaintiff, | No. | 08cv285 H (POR) |
| v. | | | |
| 1.90 Acres of Land et al | | REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE | |
| | Defendant | | |

FILED 2008 FEB 20 PM 2:07
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ DEPUTY

### REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:      "Low Numbered" Case No.     08cv142 IEG (AJB)

Title:     The United States of America v. 2.78 Acres of Land et al

Nature of Case:     28:1358 Land Condemnation

The above "low numbered" case and the present case appear

__x__ (1)     to arise from the same or substantially identical transactions, happenings or events; or

__x__ (2)     involve the same or substantially the same parties or property; or

_____ (3)     involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or

__x__ (4)     call for determination of the same or substantially identical questions of law; or

__x__ (5)     where a case is refiled within one year of having previously been terminated by the Court; or

__x__ (6)     for other reasons would entail unnecessary duplication of labor if heard by different judges.

New Case #:     08cv285 IEG (AJB)

This case was transferred pursuant to the Low Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

W. Samuel Hamrick, Jr., Clerk of Court,

DATED:   February 14, 2008     By: _____
                                              (By) Deputy Jenelynn Joeson

### ORDER OF TRANSFER PURSUANT TO "LOW NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under the "Low Number" Rule.

DATED: 2/15/08                          _____
                                                              Irma E. Gonzalez
                                                       United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the "Low Number" Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Irma E. Gonzalez and Magistrate Judge Anthony J. Battaglia for all further proceedings.

DATED: 2-19-08                          _____
                                                              Marilyn L. Huff
                                                       United States District Judge